ROBERT S. McLAY (SBN 176661)
rsm@dkmlawgroup.com
JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
MELISSA L. O'CONNOR (SBN 251932)
moc@dkmlawgroup.com
**DKM LAW GROUP, LLP**
535 Pacific Avenue, Suite 101
San Francisco, California 94133
Telephone: (415) 421-1100

Attorneys for Defendant
GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TAYLOR and RAYMOND MAGEE,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-07550-RGK-GJS<br><br>[~~PROPOSED~~] **JUDGMENT** |

In accordance with the Court's April 26, 2018 Order (Dkt. No. 29) which is hereby incorporated by reference, Defendant Garrison Casualty Insurance Company's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment (Dkt. No. 16), judgment is granted in favor of Defendant Garrison Property and Casualty Insurance Company on all of the claims brought by Plaintiffs Linda Taylor and Raymond Magee. It is further ordered that Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 25) is denied.

Having granted summary judgment in favor of Defendant Garrison Casualty

| | |
|---|---|
| 1 | |
| 2 | Insurance Company, it is HEREBY ORDERED, ADJUDGED AND DECREED |
| 3 | that: Plaintiffs Linda Taylor and Raymond Magee take nothing, that the action be |
| 4 | dismissed with prejudice and that Defendant Garrison Casualty Insurance Company |
| 5 | recover its taxable costs pursuant to 28 U.S.C. § 1920. |

Dated: April 30, 2018

*/s/ Gary Klausner*

The Honorable R. Gary Klausner