ROBERT S. McLAY (SBN 176661)
rsm@dkmlawgroup.com
JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
MELISSA L. O'CONNOR(SBN 251932)
moc@dkmlawgroup.com
**DKM LAW GROUP, LLP**
535 Pacific Avenue, Suite 101
San Francisco, California 94133
Telephone: (415) 421-1100
Facsimile: (415) 680-2075

Attorneys for Defendant
GARRISON PROPERTY AND CASUALTY INSURANCE
COMPANY

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TAYLOR and RAYMOND MAGEE,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-07550 -RGK-GJS<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

ORDER

This matter having come before the Court on the stipulation for dismissal with prejudice of Plaintiffs Linda Taylor and Raymond Magee and Defendant Garrison Property & Casualty Insurance Company, and good cause appearing, the Court hereby dismisses this case, with prejudice, as to all parties and all claims for relief and with each party to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: March 21, 2020

_____

Honorable R. Gary Klausner

JUDGE OF THE DISTRICT

COURT

Presented by:

DKM LAW GROUP, LLP

/s/ Melissa L. O'Connor

Melissa L. O'Connor, Esq.